**UNITED STATES of America**
**Plaintiff-Appellee**

**v.**

**Kevin HERRING Defendant-Appellant**

**No. 17-1634**

United States Court of Appeals, Eighth Circuit.

Submitted: July 13, 2017

Filed: July 21, 2017

---

Dan Chatham, Ravi T. Narayan, Assistant U.S. Attorneys, U.S. Attorney's Office, Northern District of Iowa, Cedar Rapids, IA, for Plaintiff-Appellee

Kevin Herring, Pro Se

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

PER CURIAM.

Kevin Herring appeals the district court's[1] order revoking his supervised release and imposing a 10-month sentence. His counsel has moved for leave to withdraw and has filed a brief questioning the reasonableness of Herring's revocation sentence.

Our review of the record satisfies us that the district court did not abuse its discretion in sentencing Herring as it did. See United States v. Johnson, 827 F.3d 740, 744 (8th Cir. 2016) (appellate court reviews district court's revocation sentence under abuse-of-discretion standard).

The judgment is affirmed, and counsel's motion for leave to withdraw is granted.

---

1. The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.